[Crim. No. 583.   Third Appellate District.—January 6, 1922.]

THE PEOPLE, Respondent, v. CYRUS LUSK et al.,
Appellants.

[1] CRIMINAL LAW—APPEAL—FAILURE TO FILE BRIEF OR APPEAR—
AFFIRMANCE OF JUDGMENT.—Judgments and orders denying mo-
tions for new trials must be affirmed where no briefs are filed in
behalf of the appellants or appearance made for either at the
time fixed for oral argument.

APPEALS from judgments of the Superior Court of
Yolo County and from orders denying new trials. W. A.
Anderson, Judge. Affirmed.

The facts are stated in the opinion of the court.

S. Luke Howe for Appellants.

U. S. Webb, Attorney-General, and J. Charles Jones,
Deputy Attorney-General, for Respondent.

FINCH, P. J.—The defendants appeal from judgments of
conviction of the crime of robbery and from orders denying
their motions for new trials.

[1] The transcript was filed in this court August 4,
1921. No briefs have been filed in behalf of appellants.
The cause was regularly placed on the calendar of January
5, 1922, for oral argument. No appearance was made for
either appellant. The appeal is submitted on the record
on motion of the respondent without argument. Section
1253 of the Penal Code provides: ''The judgment may be
affirmed if the appellant fails to appear, but can be reversed
only after argument, though the respondent fail to ap-
pear.'' Under the law ''but one disposition can be made
of the case in its present condition; it can be affirmed.''
(*People* v. *Gehrig*, 7 Cal. Unrep. 149 [72 Pac. 717].) A
careful examination of the record, however, discloses no
prejudicial error in the conduct of the trial, the rulings
of the court, or the instructions to the jury. The evidence

of the defendants' guilt is positive and ample to sustain the conviction.

The judgments and orders appealed from are affirmed.

Burnett, J., and Hart, J., concurred.